UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

|  |  |
|---|---|
|  | : Civil Nos. |
|  | : |
| IN RE SEPTEMBER 11  LITIGATION | : 21 MC 97 (AKH) |
|  | : 21 MC 101 (AKH) |
| - and - | : |
|  | : This Notice relates to: |
| IN RE SEPTEMBER 11 PROPERTY DAMAGE AND | : 03 CV 7076 (AKH) |
| BUSINESS LOSS LITIGATION | : LORETTA J. FILIPOV v. |
|  | : AMERICAN AIRLINES, INC., |
|  | : et al. |
|  | : |
|  | : **NOTICE OF MOTION** |

------------------------------------------------------------------------ X

PLEASE TAKE NOTICE that defendants American Airlines, Inc., AMR Corporation

and Globe Aviation Services Corporation, will move this Court upon the accompanying

declaration and memorandum of law, at a date and time to be set by the Court, at the United

States Courthouse, 500 Pearl Street, New York, New York, for an Order: (1) approving the

agreement entered into by plaintiff Loretta Filipov and certain defendants, dated April 11, 2007,

settling the claims asserted in *Filipov v. American Airlines, Inc., et al.,* 03 Civ. 7076 (AKH), (the

"Settlement"); (2) entering final judgment pursuant to Rule 54(b) of the Federal Rules of Civil

Procedure; (3) ruling that the liability limitation contained in section 408(a)(1) of the Air

Transportation Safety and System Stabilization Act applies to the Settlement amount; and (4)

dismissing the Complaint in *Filipov v. American Airlines, Inc., et al.,* 03 Civ. 7076 (AKH), with

prejudice as to all defendants.

Dated: New York, New York
      April 18, 2007

                          Respectfully submitted,

                          CONDON & FORSYTH LLP

                          By:
                              Desmond T. Barry, Jr., Esq. (DB 8066)
                          7 Times Square
                          New York, New York  10036
                          (212) 894-6770

                          -and-

                          DEBEVOISE & PLIMPTON LLP
                          Roger E. Podesta, Esq. (RP 1749)
                          Maura K. Monaghan, Esq. (MM 7682)
                          919 Third Avenue
                          New York, New York 10022
                          (212) 909-6000

                          Attorneys for Defendants
                          AMERICAN AIRLINES, INC. and
                          AMR CORPORATION

                          JONES HIRSCH CONNORS & BULL, PC

                        By:
                            James P. Connors, Esq.   (JC 5421)
                        One Battery Park Plaza, 28th Floor
                        New York, New York 10004
                        (212) 527-1000

                          -and-

2

LORD, BISSELL & BROOK
Gary W. Westerberg, Esq.
111 South Wacker Drive
Chicago, Illinois 60606
(312) 443-0700


-and-

KELLY, LIBBY & HOOPES, P.C.
Paul V. Kelly, Esq.
175 Federal Street
Boston, Massachusetts 02110
(617) 338-9300


Attorneys for Defendant
GLOBE AVIATION SERVICES
CORPORATION

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                  ) ss.:
COUNTY OF NEW YORK    )

      Eric C. McNamar, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in New York, New York and that on the 18th day of April 2007, deponent served the within **NOTICE OF MOTION, DECLARATION OF DESMOND T. BARRY, JR. and MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR AN ORDER: (1) APPROVING THE SETTLEMENT; (2) ENTERING FINAL JUDGMENT PURSUANT TO RULE 54(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE; (3) RULING THAT THE LIABILITY LIMITATION CONTAINED IN SECTION 408(a)(1) OF THE AIR TRANSPORTATION SAFETY AND SYSTEM STABILIZATION ACT APPLIES TO SETTLEMENT AMOUNT; AND (4) DISMISSING THE COMPLAINT WITH PREJUDICE** upon:

1. Donald A. Migliori, Esq. – Counsel for Plaintiff Loretta Filipov;
2. Marc S. Moller, Esq. – Wrongful Death and Personal Injury Plaintiffs' Liaison Counsel;
3. Robert A. Clifford, Esq. – Property Damage and Business Loss Plaintiffs' Liaison Counsel;
4. Richard Williamson, Esq. – Ground Defendants' Liaison Counsel;
5. Beth Jacob, Esq. – WTC 7 Ground Defendants' Liaison Counsel;
6. Beth E. Goldman, Esq. – U.S. Attorneys' Office; and
7. All Aviation Defendants.

by emailing a copy of the papers to the attorneys in accordance with the Court's March 10, 2005 Order.

_____
Eric C. McNamar

Sworn to before me this
18th day of April 2007

_____
Notary Public

TINA M. ZOCCALI
Notary Public, State of New York
No. 01ZO6059025
Qualified in Rockland County
Commission Expires May 21, 20 07