Richard A. Williamson (RW-3033)
**FLEMMING ZULACK WILLIAMSON ZAUDERER LLP**
One Liberty Plaza
New York, New York 10006
(212) 412-9500
Attorneys for WTCP Cross-Claim Plaintiffs
    World Trade Center Properties LLC,
    1 World Trade Center LLC,
    2 World Trade Center LLC,
    4 World Trade Center LLC,
    5 World Trade Center LLC, and
    7 World Trade Company, L.P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

IN RE SEPTEMBER 11 LITIGATION

IN RE SEPTEMBER 11 PROPERTY DAMAGE
AND BUSINESS LOSS LITIGATION

-----------------------------------------------------------X

21 MC 97 (AKH)
21 MC 101 (AKH)

**NOTICE OF CROSS-MOTION BY WTCP CROSS-CLAIM PLAINTIFFS TO SEVER AND STAY CLAIMS FOR PUNITIVE DAMAGES OR, IN THE ALTERNATIVE, BIFURCATE ALL ACTIONS IN WHICH PLAINTIFFS SEEK PUNITIVE DAMAGES, ORDER A SEPARATE TRIAL FOR THE PUNITIVE DAMAGES CLAIMS, AND DEFER ENFORCEMENT OF ANY JUDGMENTS FOR PUNITIVE DAMAGES CLAIMS**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of the Cross-Motion by WTCP Cross-Claim Plaintiffs To Sever and Stay Claims for Punitive Damages or, in the Alternative, Bifurcate All Actions in Which Plaintiffs Seek Punitive Damages, Order A Separate Trial For the Punitive Damages Claims, and Defer Enforcement of Any Judgments for Punitive Damages, the Declaration Of

Wolfgang A. Dase, Esq. in Support of the Cross-Motion by WTCP Cross-Claim Plaintiffs to Sever and Stay Claims for Punitive Damages or, in the Alternative, Bifurcate All Actions in Which Plaintiffs Seek Punitive Damages, Order a Separate Trial for the Punitive Damages Claims, and Defer Enforcement of Any Judgments For Punitive Damages, executed on May 25, 2007, and upon all prior pleadings and proceedings had herein, cross-claim plaintiffs World Trade Center Properties LLC, 1 World Trade Center LLC, 2 World Trade Center LLC, 4 World Trade Center LLC, 5 World Trade Center LLC, and 7 World Trade Company, L.P. (collectively "WTCP Cross-Claim Plaintiffs"), by their attorneys, Flemming Zulack Williamson Zauderer LLP, will move this Court, before the Honorable Alvin K. Hellerstein, United States District Judge, on June 14, 2007, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order that, pursuant to Fed. R. Civ. P. 42, in the event any plaintiffs are allowed to proceed with their claims for punitive damages, this Court should (i) sever and stay these claims until all claims against the Aviation Defendants for compensatory damages have been finally disposed of; or (ii) in the alternative, bifurcate all actions in which plaintiffs seek punitive damages, order a separate trial for the punitive damages claims, and defer enforcement of any judgments for punitive damages until all judgments for compensatory damages have been paid in full or are otherwise finally disposed of.

Pursuant to Local Civil Rule 6.1(b), opposing affidavits or memoranda of law, if any, shall be served within ten business days after the service of these moving papers,

and any reply affidavits or memoranda of law shall be served within five business days after the service of such answering papers.

Dated:   New York, New York
         May 25, 2007

                          Respectfully submitted,

                          FLEMMING ZULACK WILLIAMSON
                            ZAUDERER LLP

                          By: _____
                              Richard A. Williamson (RW-3033)
                        One Liberty Plaza
                        New York, New York 10006
                        (212) 412-9500
                        Attorneys for WTCP Cross-Claim Plaintiffs
                           World Trade Center Properties LLC,
                           1 World Trade Center LLC,
                           2 World Trade Center LLC,
                           4 World Trade Center LLC,
                           5 World Trade Center LLC, and
                           7 World Trade Company, L.P.

TO:   All Counsel in 21 MC 97 (AKH)
      and 21 MC 101 (AKH)